# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Wilmi Martin Sanchez; and Alicia Marie Blunt, | ) | Case No. 1:16-mj-251 |
| Defendants. | ) | |

Before the court is a "Motion to Dismiss Complaint" filed by the Government on September 19, 2016, pursuant to Fed. R. Crim. P. 48(a). The court **GRANTS** the motion (Docket No. 31) and **DISMISSES** the above-entitled action without prejudice.

**IT IS SO ORDERED.**

Dated this 20th day of September, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court